**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

PEGGY M.,

                              Plaintiff,

        v.                                                    5:20-CV-1486
                                                                  (DJS)

COMMISSIONER OF SOCIAL SECURITY,

                              Defendant.

---

**DANIEL J. STEWART**
**United States Magistrate Judge**

<u>**ORDER**</u>

The Complaint in this action was filed December 3, 2020.  Dkt. No. 1.  On November 16, 2021, the Court ordered the matter remanded to the Social Security Administration for further proceedings.  Dkt. No. 16.  Plaintiff has now filed a Motion for Attorney's Fees under the Equal Access to Justice Act.  Dkt. No. 17.  The Motion seeks that the fee award be paid directly to counsel.  *Id.*  Defendant has not responded to the Motion.

Based on the foregoing, Plaintiff is awarded fees under the Equal Access to Justice Act in the amount of $5,363.27.  It is further ordered that payment will be made directly to Plaintiff's attorney pursuant to the agreed upon assignment from Plaintiff.

**IT IS SO ORDERED**.

Dated:  February 28, 2022
          Albany, New York

Daniel J. Stewart
U.S. Magistrate Judge